AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JASON ARTHUR | Case No.   2:03cr171-01-MHT |
|  | (WO) |
|  | USM No.   11280-002 |
|  | Laronda K. Martin |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)   6 of the petition filed 6/10/14   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 6 | The defendant failed to refrain from any unlawful use of a controlled substance. | 6/6/14 |

\*\*Per agreement of the parties, violations 1-5 of the petition dismissed by the court (orally).

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   0474

Defendant's Year of Birth:   1980

City and State of Defendant's Residence:
Wetumpka, AL

August 15, 2014
Date of Imposition of Judgment

*/s/ signature*
Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

Aug. 19, 2014
Date

AO 245D   (Rev 12/07) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page   2   of   2

**DEFENDANT:** JASON ARTHUR
**CASE NUMBER:** 2:03cr171-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

8 Months. The term of supervised release imposed on February 13, 2014, is hereby Revoked.

X   The court makes the following recommendations to the Bureau of Prisons:

   The court recommends that the defendant be designated to a facility where drug and mental health treatment is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .
   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .
   ☐   as notified by the United States Marshal.
   ☐   as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL